# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WEST TELEMARKETING, LP, <br> A Delaware Limited Partnership, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 8:05CV518 |
| vs. | ) <br> ) | ORDER |
| APAC CUSTOMER SERVICES, INC., | ) <br> ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation to Extend Deadline to File Rule 26(f) Report (Filing No. 17). The parties seek an extension until two weeks after the court rules on APAC's Motion to Dismiss or, in the Alternative, to Transfer (Filing No. 9) to file their Rule 26(f) planning report, if necessary. Upon consideration,

**IT IS ORDERED:**

The parties shall have **fourteen (14) days** from the date the court rules on the pending motion to dismiss or to transfer (Filing No. 9), in which to file the report required by Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 11th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge