## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WEST TELEMARKETING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV518** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **APAC CUSTOMER SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the court on May 8, 2006, by the attorney for defendant,

**IT IS ORDERED**:

1.      The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned judge **on or before June 2, 2006**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.      The pending motion to dismiss or, in the Alternative to Transfer, Filing No. 10, is denied as moot.

DATED this 10th day of May, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge