## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST TELEMARKETING, LP, a Delaware Limited Partnership, | Case No. 8:05CV518 |
| Plaintiff, | |
| v. | **ORDER** |
| APAC CUSTOMER SERVICES, INC., | |
| Defendant. | |

THIS MATTER came to be heard upon the parties' Joint Stipulation for Dismissal With Prejudice in the above-captioned matter.  The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED that the Parties' Joint Stipulation is granted and all claims and counterclaims asserted in this matter are dismissed, with prejudice, each party to pay its own costs and attorney's fees.

Dated this 1st day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
U.S. District Court Judge

4812-8681-7025.1

1